In re Estate of Lewellyn Snyder, deceased, on appeal of Cora Ward Gregory et al., appellants, v. Helen Norris, administratrix de bonis non of the estate of Lewellyn Snyder, deceased, and Grace Snyder, appellees. Gen. No. 37,370.

Opinion filed November 27, 1934.

W. C. Smith, for appellants. Lee Cohn and Alice Greenacre, for appellees.

Mr. Justice Sullivan delivered the opinion of the court.

Roosevelt Coal Company et al., v. Edward Hadesman et al.

Brentwood Hotel, Inc., appellee, v. Edward Hadesman et al., appellants, on appeal of Stella G. Hadesman and Edward I. Hadesman, appellants. Gen. No. 37,793.

Opinion filed November 27, 1934.

Nathan Shefner and Aaron Soble, for appellants. George C. Rabens, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

## SECOND DISTRICT.

Sybilla Florschuetz, appellee, v. City of Mendota, appellant. Gen. No. 8,811.

Opinion filed November 15, 1934. Rehearing denied February 5, 1935.

R. C. Madden and Butters & Butters, for appellant. H. L. Richolson, for appellee.

Mr. Justice Huffman delivered the opinion of the court.